IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:01CR11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| PHILLIP MARK VAUGHAN ) | |
| TERRY W. STEWART ) | |
| PHILIP B. GREER ) | |
| HOWARD T. PRINCE, and ) | |
| TIMOTHY B. BURNHAM ) | |
| ) | |

**THIS MATTER** is before the Court on the Final Distribution Report and Recommendation of the Special Master and his final fee petition, filed November 10, 2008. No objections to the report, recommendation, or fee petition have been received from the Government or any Defendant.

The Court finds the Final Distribution Report and Recommendation to be thorough and appropriate and hereby adopts same. Additionally, as to the Special Master's final fee petition, the Court finds the services rendered and costs incurred for the period October 8, 2004, through October 30,

2

2008, and the amounts charged for such services to be justified and approves same.

**IT IS, THEREFORE, ORDERED** that the Special Master's Final Distribution Report and Recommendation is hereby adopted by the Court.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Recommendation, the claims of victims Arie, Ash, Derry, Ferguson, Finlay, Moore, Reaser, and Wibles are hereby deemed waived and the amount of their checks totaling $2,496.62 is hereby directed to be applied to the Special Master's final fee award.

**IT IS FURTHER ORDERED** that the Special Master continue his efforts to deliver checks to victims Li, Sikhas, Smitherman, Torgerson, and van Bastelaar. In the event a check issued to any one of these victims is returned as undeliverable and the Special Master has exhausted all efforts to locate that victim, the claim of the respective victim will be deemed waived and the amount of any check returned shall be applied to the Special Master's final fee award.

**IT IS FURTHER ORDERED** that the Special Master's Final Fee Petition is hereby **APPROVED** and a final payment in the amount of **TWELVE THOUSAND, EIGHT HUNDRED THREE DOLLARS AND**

**FIFTY-EIGHT CENTS ($12,803.58)** is hereby **AWARDED**. The Special Master is hereby authorized to issue a check payable to the law firm of Sellers, Hinshaw, Ayers, Dortch & Lyons, P.A., in the stated amount from the proceeds at issue herein.

Signed: December 3, 2008

Lacy H. Thornburg
United States District Judge