UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

NO. 3:01:CR11

UNITED STATES OF AMERICA

VS.                                    ORDER OF DISBURSEMENT

PHILLIP MARK VAUGHAN
TERRY W. STEWART
PHILIP B. GREER
HOWARD T. PRINCE, and
TIMOTHY B. BURNHAM

This matter is before the Court for purposes of disbursing the funds on deposit with the Clerk of Court which were not disbursed as part of Special Master Charles E. Lyons "Final Distribution Report" filed November 11, 2008 (doc. #518).

Attorney Lyons was appointed Special Master in this matter by Honorable Lacy H. Thornburg, U.S. District Judge on November 27, 2001, (doc. # 200). The Special Master is now deceased.

On July 2, 2004, the U.S. Marshal deposited $4,760,604.84 with Special Master Lyons for payment to the victims in this case. In his "Recommendation of Special Master for Modification of December 29, 2003, Order" (doc. #357) the Master paid out these funds to the victims with each victim receiving 14.598% of the funds on deposit.

In addition to the funds given to the Special Master on July 2, 2004, the defendants have also made payments to the Clerk of Court over the years totaling $134,805.00 as of March 18, 2016. Due to the death of Special Master Lyons, the Clerk hereby requests that the Financial Section of this court disburse these funds to the victims using the same list of names and formula used by Special Master Lyons giving each identified victim 14.598% of the funds with the court and all future funds which may come in on this case.

IT IS SO ORDERED, that the Clerk shall proceed to disburse these and any further monies received in this matter as outlined above.

Copies of this Order are to be served on all parties, the Financial Section of this court and the Clerk of Court.

Signed: March 18, 2016

Max O. Cogburn Jr
United States District Judge